**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01603-CV

### IN THE INTEREST OF Z.M.C. AND R.B.C., Children

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-52980-2008**

## ORDER

We **GRANT** appellant Mother's February 28, 2014 first motion to extend time to file brief and **ORDER** the brief be filed no later than May 4, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE